UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| vs.   ) | Crim. No. 00-40001 |
| )  | |
| BRIAN T. MURRAY,   ) | |
| )  | |
| Defendant.   ) | |

MOTION TO WAIVE INTEREST OWED ON RESTITUTION

Now comes the Defendant, BRIAN T. MURRAY, by his attorney, and pursuant to Title 18, U.S.C. §§ 3612 and 3664(k), moves this Court for the entry of an Order waiving the requirement that he pay interest on restitution owed to American Bank and Trust Company of Rock Island, Illinois, as previously ordered by this Court at the time of sentencing on September 26, 2000, and that interest owed on restitution be waived as of September 26, 2000, and that all payments of restitution made by the Defendant from September 26, 2000, to the date of the filing of this motion be credited to the balance of the restitution owed as ordered by this Court, and not to interest, and in support thereof, states as follows:

   1.   That on September 26, 2000, the Defendant was sentenced to a term of imprisonment of 30 months in the United States Bureau of Prisons, a five year term of supervised release, and restitution in the amount of $157,430.75 following the Defendant's guilty plea to one count of theft or embezzlement by a bank employee in violation of Title

1

18 U.S.C. § 656.

2.      That since his release from custody, the Defendant has made a good-faith effort to obtain and maintain employment and to make monthly payments toward the balance of the restitution owed, but because interest thereon was not waived at the time of sentencing, and continues to accrue on the balance of the restitution owed from the date of sentencing on September 26, 2000, the amount of restitution owed, plus interest, now exceeds over $200,000.00.

3.      That Supervising United States Probation Officer for the Southern District of Iowa, Ms. Sara Dykstra, has advised the undersigned counsel that she would recommend that because of the Defendant's current employment and financial circumstances, this Court modify its restitution order to waive interest owed on restitution, and that said waiver be effective as of the date of sentencing on September 26, 2000, and that all restitution payments made by the Defendant be credited against the balance of the restitution owed and not interest.

4.      That Assistant United States Attorney Jeffrey Lang has indicted to the undersigned counsel that in view of the Defendant's current employment and financial circumstances, and his good-faith effort to maintain employment and pay restitution, that the Government has no objections to the relief requested in this motion.

WHEREFORE, Defendant requests the entry of an Order waiving the requirement that he pay interest on restitution owed to American Bank and Trust Company of Rock Island,

Illinois, as previously ordered by this Court at the time of sentencing on September 26, 2000, and that interest owed on restitution be waived as of September 26, 2000, and that all payments of restitution made by the Defendant from September 26, 2000, to the date of the filing of this motion be credited to the balance of the restitution owed as ordered by this Court, and not to interest.

BRIAN T. MURRAY, Defendant

s/ George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Jeffrey B. Lang, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

                                          S/George F. Taseff
                                          Ill. Bar Number: 6180419
                                          Attorney for Defendant
                                          Assistant Federal Public Defender
                                          401 Main Street, Suite 1500
                                          Peoria, Illinois 61602
                                          Phone: 309/671-7891
                                          FAX:   309/671-7898
                                          Email: george_taseff@fd.org